**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Nearim Blackwell-Selim, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2015-000020

---

**ON WRIT OF CERTIORARI**

---

Appeal From Horry County
Steven H. John, Plea Judge
John C. Hayes, III, Post-Conviction Relief Judge

---

Memorandum Opinion No. 2016-MO-027
Submitted September 15, 2016 – Filed October 12, 2016

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Wanda H. Carter, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Johanna C.

Valenzuela, both of Columbia; and Amanda N. Bonine of
Bluffton, for Respondent.

––––––––––––

**PER CURIAM:** We granted Nearim Blackwell-Selim's petition for a writ of
certiorari to review the dismissal of her application for post-conviction relief.  We
now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.**